AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

JSA TECHNOLOGIES, INC.

**SUMMONS IN A CIVIL CASE**

V.

DATA FUTURES, INC.

CASE NUMBER: 08-118

TO: (Name and address of Defendant)

DATA FUTURES, INC.
c/o Secretary of State
State of Delaware
Townsend Building
Dover, DE 19901

Data Futures, Inc.
416 Skidmore Drive
Harlan, KY 40831

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip A. Rovner, Esq. (#3215)
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    2/26/08

CLERK                                              DATE

_/s/_

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 26, 2008 |
| NAME OF SERVER (PRINT) Bryan Steilkie | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Data Futures Inc. by serving the Delaware Secretary of State located at 401 Federal Street, Dover, DE 19901. Service accepted by Hilary Webb at 4:05 p.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/26/08
         Date                    *Signature of Server*

         15 East North Street Dover DE 19901
         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.