## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JSA TECHNOLOGIES, INC., | ) | |
| | ) | C.A. No. 08-118-JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| DATA FUTURES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MAILING

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Philip A. Rovner, being duly sworn, deposes and says:

1.     I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for JSA Technologies, Inc. plaintiff herein.

2.     Defendant Data Futures, Inc., is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3.     On February 27, 2008, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Data Futures, Inc., 416 Skidmore Drive, Harlan, Kentucky 40831, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally,

and enclosing a copy of the Summons, Complaint, and Magistrate's Consent.  The return receipt was received by Philip A. Rovner, Esq. on March 4, 2008, as evidenced by the return receipt attached as Exhibit A.

Dated:  March 5, 2008

_____

SWORN AND SUBSCRIBED before me the day and year aforesaid.

**EXHIBIT A**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lyndsey Noe*  ☐ Agent  ☐ Addressee<br>B. Received by *( Printed Name)*  C. Date of Delivery<br>*Lyndsey Noe*  3-3-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>*Data Futures Inc*<br>*416 Skidmore Dr*<br>*Harlan, Ky*<br>*40831* | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  RB 972 200301 US | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |