IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JSA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 08-118 (JJF) |
| v. | ) | |
| | ) | |
| DATA FUTURES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT DATA FUTURE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Defendant Data Futures, Inc., by and through its undersigned counsel, hereby moves this Court for an Order in the form attached hereto dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2). Plaintiff cannot establish personal jurisdiction over Defendant because Data Futures is not a Delaware corporation and has not maintained any contact with Delaware. The grounds for this Motion are fully set forth in the Opening Brief In Support of Defendant's Motion to Dismiss and the Declaration of Charlene Combs filed contemporaneously herewith.

OF COUNSEL:

Kelly A. Schoening
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-5910

Dated: March 18, 2008

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Data Futures, Inc.*

RLF1-3262173-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>   Philip A. Rovner, Esq.
>   Potter Anderson & Corroon
>   Hercules Plaza
>   P. O. Box 951
>   Wilmington, Delaware 19899

I hereby certify that on March 18, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>   Daniel J. Furniss, Esq.
>   Townsend and Townsend and Crew LLP
>   379 Lytton Avenue
>   Palo Alto, CA 94301-1431
>
>   Richard S. Meyer, Esq.
>   Jonathan D. Link, Esq.
>   Townsend and Townsend and Crew LLP
>   1301 K Street, NW
>   Ninth Floor, East Tower
>   Washington, DC 20005

/s/ Steven J. Fineman
Steven J. Fineman (#4025)

RLF1-3260729-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 08-118 (JJF) |
| v. | ) |
| | ) |
| DATA FUTURES, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

After considering Defendant Data Futures, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"), and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is hereby **GRANTED**.

_____
United States District Judge

RLF1-3262858-1