IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 08-118 (JJF) |
| v. | ) |
| | ) |
| DATA FUTURES, INC. | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF CHARLENE COMBS

OF COUNSEL:

Kelly A. Schoening
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Data Futures, Inc.*

Dated: March 18, 2008

In support of Defendant's Motion to Dismiss the Complaint, and pursuant to 28 U.S.C. § 1746, Charleen Combs hereby states and declares as follows:

1. I am the Chief Executive Officer and 50% owner of Data Futures. I am authorized to make this statement on Data Futures' behalf. I have personal knowledge of the facts asserted herein and, if called as a witness, could and would competently testify to these matters.

2. Robert Harris and I started Data Futures in 1983.

3. In my role as an owner and CEO, I am personally familiar with the clients and work of Data Futures.

4. To the best of my knowledge and information, Data Futures has not sold any products in the state of Delaware.

5. Data Futures is a Kentucky corporation with its principal place of business in Harlan, Kentucky. Data Futures has offices in Harlan, Kentucky, Knoxville and Kingsport, Tennessee.

6. Data Futures has 36 employees.

7. Data Futures does not market or distribute its product directly in the State of Delaware.

8. Data Futures has no employees, offices, facilities or registered agents in the State of Delaware; has no Delaware telephone number; and maintains no bank or brokerage accounts in the State of Delaware.

9. Data Futures does not own or lease any property in the State of Delaware.

10. Data Futures' employees do not make regular visits to the State of Delaware.

11. Data Futures does not solicit business in Delaware, and does not derive substantial revenues within the State. It has not sold any product in Delaware on a systematic or continuous basis. It does not have any distributors or suppliers in Delaware. Data Futures is not registered with the Secretary of State to do business in Delaware.

12. It has never commenced any legal action or proceeding in Delaware, and has not previously been named as a defendant in any action in Delaware.

13. Data Futures is a member of the Schools Interoperability Framework Association ("SIFA") and its LunchBox software is SIF-certified at version 1.5.

14. SIFA is a non-profit corporation whose vision is that "schools will be enabled to better utilize technology in a manner that leverages the promise and capabilities of interoperability between disparate applications. SIFA brings together the developers and vendors of school technology with the federal, state and local educators who use that technology."

15. The Delaware Department of Education is one of 1,399 school systems associated with SIFA.

16. Data Futures has not had any transactions, agreements, dealings or discussions with SIFA in Delaware.

17. Data Futures does not market its products to any schools including schools in Delaware through SIFA.

I hereby declare under penalty of perjury that all of the statements made by me herein are true and correct.

*Charleen Combs*
_____
Charleen Combs

Executed on March 18, 2008

152768.1
3/18/2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Philip A. Rovner, Esq.
> Potter Anderson & Corroon
> Hercules Plaza
> P. O. Box 951
> Wilmington, Delaware 19899

I hereby certify that on March 18, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Daniel J. Furniss, Esq.
> Townsend and Townsend and Crew LLP
> 379 Lytton Avenue
> Palo Alto, CA 94301-1431

> Richard S. Meyer, Esq.
> Jonathan D. Link, Esq.
> Townsend and Townsend and Crew LLP
> 1301 K Street, NW
> Ninth Floor, East Tower
> Washington, DC 20005

/s/ Steven J. Fineman
Steven J. Fineman (#4025)