IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> v. <br><br> DATA FUTURES, INC. <br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 08-118 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT DATA FUTURES, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Data Futures, Inc. hereby states that Data Futures, Inc. is not a parent, subsidiary or other affiliate of a publicly owned corporation, and no publicly held corporation owns ten percent or more of Data Futures, Inc.'s stock.

OF COUNSEL:

Kelly A. Schoening
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-5910

/s/ Jeffrey L. Moyer

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Data Futures, Inc.*

Dated: March 18, 2008

RLF1-3262859-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Philip A. Rovner, Esq.
> Potter Anderson & Corroon
> Hercules Plaza
> P. O. Box 951
> Wilmington, Delaware 19899

I hereby certify that on March 18, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Daniel J. Furniss, Esq.
> Townsend and Townsend and Crew LLP
> 379 Lytton Avenue
> Palo Alto, CA 94301-1431
>
> Richard S. Meyer, Esq.
> Jonathan D. Link, Esq.
> Townsend and Townsend and Crew LLP
> 1301 K Street, NW
> Ninth Floor, East Tower
> Washington, DC 20005

_____
Steven J. Fineman (#4025)