IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 08-118 (JJF) |
| | ) |
| DATA FUTURES, INC., | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kelly A. Schoening of Deters, Benzinger & LaVelle, P.S.C., 207 Thomas More Parkway, Crestview Hills, Kentucky, 41017, to represent Defendant Data Futures, Inc. in the above-captioned matter.

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Data Futures, Inc.*

Dated: March 18, 2008

### ORDER GRANTING MOTION

IT IS SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Philip A. Rovner, Esq.
>Potter Anderson & Corroon
>Hercules Plaza
>P. O. Box 951
>Wilmington, Delaware 19899

I hereby certify that on March 18, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Daniel J. Furniss, Esq.
>Townsend and Townsend and Crew LLP
>379 Lytton Avenue
>Palo Alto, CA 94301-1431

>Richard S. Meyer, Esq.
>Jonathan D. Link, Esq.
>Townsend and Townsend and Crew LLP
>1301 K Street, NW
>Ninth Floor, East Tower
>Washington, DC 20005

/s/ Steven J. Fineman
Steven J. Fineman (#4025)

RLF1-3260729-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Ohio, Indiana, and Kentucky, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Kelly A. Schoening, Esquire
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017

DATE: March 7, 2008

RLF1-3260511-1