IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DATA FUTURES, INC., ) <br> ) <br> Defendant. ) | C.A. No. 08-118-JJF <br><br> **JURY TRIAL DEMANDED** |

### JSA TECHNOLOGIES, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff JSA Technologies, Inc., hereby states that it has no parent corporation and that no other publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Daniel J. Furniss
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Ave.
Palo Alto, CA
94301-1431
(650) 326-2400

Richard S. Meyer
Jonathan D. Link
TOWNSEND AND TOWNSEND AND CREW LLP
1301 K Street, NW
Ninth Floor, East Tower
Washington, DC 20005
(202) 481-9911

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiff
JSA Technologies, Inc.

Dated: March 19, 2008

855831

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 19, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Jeffrey L. Moyer, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
fineman@rlf.com

I hereby certify that on March 19, 2008 the foregoing document to the following non-registered participants:

### BY E-MAIL

Kelly A. Schoening, Esq.
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017
kschoening@dbllaw.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com