IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JSA TECHNOLOGIES, INC., | ) | |
| | ) | C.A. No. 08-118-JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| DATA FUTURES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff JSA Technologies, Inc. shall file and serve its answering brief in response to Defendant Data Futures, Inc.'s Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction (D.I. 6), is extended through and including June 9, 2008.


POTTER ANDERSON & CORROON LLP               RICHARDS, LAYTON & FINGER, P.A.


By: /s/ Philip A. Rovner                                        By: /s/ Steven J. Fineman
    Philip A. Rovner (#3215)                                  Jeffrey L. Moyer (#3309)
    Hercules Plaza                                                      Steven J. Fineman (#4025)
    P.O. Box 951                                                          One Rodney Square
    Wilmington, DE 19899-0951                                  920 N. King Street
    (302) 984-6000                                                       P.O. Box 551
    provner@potteranderson.com                              Wilmington, DE 19899
                                                                                        (302) 651-7700
                                                                                                    moyer@rlf.com
*Attorney for Plaintiff*                                                    fineman@rlf.com
*JSA Technologies, Inc.*

                                                                                        *Attorneys for Defendant*
                                                                                        *Data Futures, Inc.*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Daniel J. Furniss<br>TOWNSEND AND TOWNSEND AND<br>CREW LLP<br>379 Lytton Ave.<br>Palo Alto, CA 94301-1431<br>(650) 326-2400 | Kelly A. Schoening<br>DETERS, BENZINGER & LAVELLE, P.S.C.<br>207 Thomas More Parkway<br>Crestview Hills, KY 41017<br>(859) 341-5910 |
| Richard S. Meyer<br>Jonathan D. Link<br>TOWNSEND AND TOWNSEND AND<br>CREW LLP<br>1301 K Street, NW<br>Ninth Floor, East Tower<br>Washington, DC 20005<br>(202) 481-9911 | |

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

858810