IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>DATA FUTURES, INC., <br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-118-JJF<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 14, 2008, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF JSA TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES

PLAINTIFF JSA TECHNOLOGIES, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

**BY HAND DELIVERY AND E-MAIL**

Jeffrey L. Moyer, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
moyer@rlf.com
fineman@rlf.com

**BY E-MAIL**

Kelly A. Schoening, Esq.
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017
kschoening@dbllaw.com

OF COUNSEL:

Daniel J. Furniss
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Ave.
Palo Alto, CA
94301-1431
(650) 326-2400

Richard S. Meyer
Jonathan D. Link
TOWNSEND AND TOWNSEND AND CREW LLP
1301 K Street, NW
Ninth Floor, East Tower
Washington, DC 20005
(202) 481-9911

Dated: April 14, 2008
860098

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    David E. Moore (#3983)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com
    dmoore@potteranderson.com

Attorneys for Plaintiff
JSA Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on April 14, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey L. Moyer, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
moyer@rlf.com
fineman@rlf.com

I hereby certify that on April 14, 2008 the foregoing document was sent to the following non-registered participants:

**BY E-MAIL**

Kelly A. Schoening, Esq.
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017
kschoening@dbllaw.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com