

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

May 8, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

      Re:    JSA Technologies, Inc. v. Data Futures Inc.,
               D. Del., C.A. No. 08-118-JJF

Dear Judge Farnan:

      In anticipation of the scheduling conference in the above-referenced matter, scheduled to be held on Friday, May 9, 2008 at 1:00 p.m., I am enclosing plaintiff JSA Technologies Inc.'s proposed Scheduling Order for Your Honor's consideration. As indicated in the proposed Order, because of its pending motion to dismiss, defendant Data Futures Inc. has refused to meet and confer on the terms of the proposed Scheduling Order.

      Counsel is available at the Court's convenience prior to the conference should Your Honor have any questions.

                                         Respectfully,

                                         Philip A. Rovner
                                         provner@potteranderson.com

PAR/mes/863612
Enc.
cc: Jeffrey L. Moyer, Esq. (w/enc.) by CM/ECF and E-mail