IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 08-118 (JJF) |
| v. | ) |
| | ) |
| DATA FUTURES, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that Data Futures, Inc.'s motion to dismiss filed on March 18, 2008 (D.I. 6) is withdrawn and the time within which Data Futues, Inc. shall file an answer to the complaint is extended through and including June 20, 2008.

| | |
|---|---|
| /s/ Philip A. Rovner #3215 | /s/ Steven J. Fineman #4025 |
| Philip A. Rovner (#3215) | Jeffrey L. Moyer (#3309) |
| provner@potteranderson.com | moyer@rlf.com |
| David E. Moore (#3983) | Steven J. Fineman (#4025) |
| dmoore@potteranderson.com | fineman@rlf.com |
| Potter Anderson & Corroon LLP | Richards Layton & Finger, P.A. |
| Hercules Plaza | One Rodney Square |
| P.O. Box 951 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| 302-984-6000 | 302-651-7700 |
| Attorneys for Plaintiff JSA Technologies, Inc. | Attorneys for Defendant Data Futures, Inc. |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

RLF1-3290412-1