IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 08-118 (JJF) |
| v. | ) |
| | ) |
| DATA FUTURES, INC. | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that Data Futures, Inc.'s motion to dismiss filed on March 18, 2008 (D.I. 6) is withdrawn and the time within which Data Futues, Inc. shall file an answer to the complaint is extended through and including June 20, 2008.

/s/ Philip A. Rovner #3215
Philip A. Rovner (#3215)
provner@potteranderson.com
David E. Moore (#3983)
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
302-984-6000
Attorneys for Plaintiff JSA Technologies, Inc.

/s/ Steven J. Fineman #4025
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant Data Futures, Inc.

SO ORDERED this 10 day of June, 2008.

_____
United States District Judge

RLF1-3290412-1