IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 08-118 (JJF) |
| v. ) | |
| ) | |
| DATA FUTURES, INC. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their undersigned counsel, do hereby stipulate and agree that the above-captioned action is hereby voluntarily dismissed with prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| /s/ Philip A. Rovner #3215 | /s/ Steven J. Fineman #4025 |
| Philip A. Rovner (#3215) | Jeffrey L. Moyer (#3309) |
| provner@potteranderson.com | moyer@rlf.com |
| David E. Moore (#3983) | Steven J. Fineman (#4025) |
| dmoore@potteranderson.com | fineman@rlf.com |
| Potter Anderson & Corroon LLP | Richards Layton & Finger, P.A. |
| Hercules Plaza | One Rodney Square |
| P.O. Box 951 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| 302-984-6000 | 302-651-7700 |
| *Attorneys for Plaintiff JSA Technologies, Inc.* | *Attorneys for Defendant Data Futures, Inc.* |

IT IS SO ORDERED this _____ day of June, 2008.

_____
United States District Judge