AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv118 | DATE FILED<br>2/26/2008 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>JSA Technologies, Inc. | | DEFENDANT<br>Data Futures, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,963,857 B1 | 11/8/2005 | JSA Technologies |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation of Dismissal |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M. Selmyer* | DATE<br>6/25/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JSA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 08-118 (JJF) |
| v. | ) | |
| | ) | |
| DATA FUTURES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their undersigned counsel, do hereby stipulate and agree that the above-captioned action is hereby voluntarily dismissed with prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| /s/ Philip A. Rovner #3215 | /s/ Steven J. Fineman #4025 |
| Philip A. Rovner (#3215) | Jeffrey L. Moyer (#3309) |
| provner@potteranderson.com | moyer@rlf.com |
| David E. Moore (#3983) | Steven J. Fineman (#4025) |
| dmoore@potteranderson.com | fineman@rlf.com |
| Potter Anderson & Corroon LLP | Richards Layton & Finger, P.A. |
| Hercules Plaza | One Rodney Square |
| P.O. Box 951 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| 302-984-6000 | 302-651-7700 |
| *Attorneys for Plaintiff JSA Technologies, Inc.* | *Attorneys for Defendant Data Futures, Inc.* |

IT IS SO ORDERED this __24__ day of June, 2008.

United States District Judge

RLF1-3293916-1